**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-7548**

---

FRANK MICHAEL NEFF,

             Plaintiff - Appellant,

        v.

SERGEANT STEVEN; CHAPLAIN HANCOCK; WARDEN; SERGEANT GATES;
SERGEANT HAASI; LIEUTENANT ELLIOTT,

             Defendants – Appellees,

        and

PRISON,

             Defendant.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:14-cv-00718-RDB)

---

Submitted: March 17, 2015          Decided: March 19, 2015

---

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Frank M. Neff, Appellant Pro Se. Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Michael Neff appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Neff v. Steven, No. 1:14-cv-00718-RDB (D. Md. Oct. 10, 2014). We deny Neff's motion in which he requests that the court not dismiss his case, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED